# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF MICHIGAN

RENEE MERCKX,            )
)
       Plaintiff         )
)  **Case No.: 2:19-cv-13532-SFC-APP**
     v.            )
)
CAPITAL ONE (USA), N.A.,    )
)
      Defendant      )
_____)

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the parties to this action, through counsel, hereby stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

IT IS ORDERED that Plaintiff's complaint is dismissed with prejudice and with each parties to bear its own costs or attorneys' fees.


Dated: _____         _____

                                            U.S. District Court Judge Sean F. Cox

*Stipulated as to form and content:*

*/s/ Jennifer K. Green* ____

Jennifer K. Green
Clark Hill PLC
151 S. Old Woodward Ave.,
Suite 200
Birmingham, MI 48009
(248) 988-2315
jgreen@clarkhill,com
Attorney for the Defendant

Date: November 30, 2020

*/s/ Amy L. Bennecoff Ginsburg* _____

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: November 30, 2020

*/s/ Amy L. Bennecoff Ginsburg*

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff