## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RENEE MERCKX, | ) |
| Plaintiff | ) ) ) ) **Case No.: 2:19-cv-13532-SFC-APP** |
| v. | ) ) |
| CAPITAL ONE (USA), N.A., | ) ) |
| Defendant | ) ) |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties to this action, through counsel, hereby stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

IT IS ORDERED that Plaintiff's complaint is dismissed with prejudice and with each parties to bear its own costs or attorneys' fees.

Dated: December 1, 2020         s/Sean F. Cox
                                Sean F. Cox
                                U. S. District Judge

*Stipulated as to form and content:*

| | |
|---|---|
| /s/ Jennifer K. Green | /s/ Amy L. Bennecoff Ginsburg |
| Jennifer K. Green | Amy L. Bennecoff Ginsburg, Esq. |
| Clark Hill PLC | Kimmel & Silverman, P.C. |
| 151 S. Old Woodward Ave., Suite 200 | 30 East Butler Pike |
| Birmingham, MI 48009 | Ambler, PA 19002 |
| (248) 988-2315 | Phone: 215-540-8888 |
| jgreen@clarkhill,com | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: aginsburg@creditlaw.com |
| | Attorney for Plaintiff |
| Date: December 1, 2020 | Date: December 1, 2020 |

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff